Clayton J. Lance, JD, MBA
Attorney at Law
2034 Columbia Boulevard, Suite 201
St. Helens, Oregon 97051
clayton@claytonlancegroup.com
503-369-0977

**IN THE UNITED STATES DISTRICT COURT OF THE STATE OF OREGON**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | No. 1:16-CR-00203-MC |
| ) | |
| vs. ) | MOTION FOR ORDER TO ALLOW |
| ) | SUBSTITUTION OF COUNSEL |
| JOHN MARTIN ROOS, ) | (Clayton Lance for Federal Public Defender |
| ) | Brian C. Butler) |
| Defendant. ) | |

PLEASE TAKE NOTICE that the JOHN MARTIN ROOS, substitutes CLAYTON JOSEPH LANCE, Bar # 85-264 as his attorney of record in this action in the place of Federal Public Defender BRIAN C. BUTLER .

Dated this 21st day of December 2016.

LAW OFFICES OF CLAYTON LANCE

_____
CLAYTON LANCE OBS #85-264
Attorney for John Martin Roos

-1-